IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BENARD MARIO CLARK,                    §
No. 0117411,                           §
                                       §
              Petitioner,              §
                                       §
v.                                     §      CIVIL ACTION NO. H-07-3070
                                       §
LUFKIN DETENTION CENTER,               §
                                       §
              Respondent.              §

## FINAL JUDGMENT

For the reasons stated in this court's Memorandum Opinion and Order entered this date, this action is hereby **DISMISSED without prejudice.**

For the reasons stated in the court's Memorandum Opinion and Order and because the petitioner has not made a substantial showing of the denial of a constitutional right, a Certificate of Appealability is **DENIED.**

This is a **FINAL JUDGMENT.**

**SIGNED** at Houston, Texas, on this 3rd day of October, 2007.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE